**James C. Mahan**
**U.S. District Judge**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GRACE ALBANESE, | Case No. 2:17-CV-1807 JCM (EJY) |
| Plaintiff(s), | ORDER |
| v. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, | |
| Defendant(s). | |

Presently before the court is Magistrate Judge George Foley's report and recommendation in the matter of *Albanese v. Las Vegas Metro. Police Dept.*, case number 2:17-cv-01807-JCM-EJY. No objections have been filed, and the deadline for doing so has passed.

On June 30, 2017, plaintiff Grace Albanese filed a motion for leave to proceed *in forma pauperis*. (ECF No. 1). Magistrate Judge Foley reviewed the motion and ruled in his report and recommendation that this case should be dismissed. (ECF No. 3). The magistrate judge found that this case is frivolous and duplicative because it asserts only claims that Albanese has already asserted against the Las Vegas Metropolitan Police Department in several other cases. *Id*.

This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a de novo determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1).

Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149

(1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no objections were made).

Nevertheless, this court conducted a *de novo* review to determine whether to adopt the recommendation of the magistrate judge. Upon reviewing the recommendation and underlying filings, this court finds good cause appears to adopt the magistrate judge's findings in full.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Magistrate Judge Foley's report and recommendation (ECF No. 3) be, and the same hereby is, ADOPTED in its entirety.

IT IS FURTHER ORDERED that Albanese's motion for leave to proceed *in forma pauperis* (ECF No. 1) is DENIED.

IT IS FURTHER ORDERED that this case be DISMISSED with prejudice.

The clerk shall enter judgment accordingly and close the case.

DATED October 15, 2019.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**